PS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

J.M.A.,

      Petitioner,

v.                                            25-CV-0886-MAV
                                                      ORDER

STEVEN KURZDORFER, in his official
capacity as Acting Field Office Director,
Buffalo Field Office, Enforcement and
Removal Operations, U.S. Immigration
& Customs Enforcement, et al.,

      Respondents.

---

      Petitioner, J.M.A., is a civil immigration detainee currently held at the Buffalo Federal Detention Facility, claiming that he is being detained in United States Immigration and Customs Enforcement custody pending removal proceedings in violation of the United States Constitution. Therefore, Petitioner seeks relief under 28 U.S.C. § 2241. ECF No. 1. Petitioner has paid the $5.00 filing fee. As ordered below, the Court sets a briefing schedule on the § 2241 petition.

      Due to his pending claim for asylum, Petitioner also moves to proceed under a pseudonym and to file exhibits under seal pursuant to Loc. R. Civ. P. 5.3. ECF No. 3. The United States Attorney's Office takes no position on Petitioner's motion. *Id.* at 1–2. The Court's grants Petitioner's request to proceed under a pseudonym. All subsequent filings, including those submitted by Respondents, and all orders shall utilize "J.M.A." in lieu of Petitioner's name. The Court also grants Petitioner's request

to file exhibits under seal in accordance with this district's Local Rules of Civil Procedure. Respondents shall redact any identifying and personal information concerning Petitioner from their filings unless the Court has otherwise granted a motion to seal the relevant filing.

The parties are on notice that **all sealed, or sought-to-be sealed documents, must be filed <u>only</u> via mail or in person**. No sealed, or sought-to-be sealed, documents shall be filed on ECF or emailed to Chambers. Electronic filings must be limited to documents that are not sealed and such documents must contain appropriate redactions.

## ORDER

IT IS HEREBY ORDERED that within **30 days** of the date of this Order, Respondents shall file and serve an **answer** responding to the allegations in the Petition; and it is further

ORDERED that within **30 days** of the date of this Order, Respondents shall file and serve, in addition to the answer, a **memorandum of law** addressing each of the issues raised in the Petition and including citations to supporting authority and applicable sections of the Immigration and Nationality Act; and it is further

ORDERED that within **30 days** of the date of this Order, instead of an answer, Respondents may file a **motion to dismiss** the Petition, accompanied by appropriate exhibits demonstrating that an answer to the Petition is unnecessary; and it is further

ORDERED that Petitioner shall have **25 days** after service of the answer or motion to dismiss to file a **written response**; and it is further

ORDERED that pursuant to Loc. R. Civ. P. 5(c)(3) Petitioner's motion to proceed under a pseudonym and to file exhibits under seal is GRANTED, and it further

ORDERED that all subsequent filings, including those submitted by Respondents, shall utilize "J.M.A." as Petitioner's pseudonym and shall redact any identifying and personal information concerning Petitioner unless the Court has otherwise granted a motion to seal the relevant filing; and it is further

ORDERED that **no sealed, or sought-to-be sealed, document may be filed electronically**. Such documents must be filed **only** via mail or in person; and it is further

ORDERED that the Clerk of Court shall serve a copy of the Petition, together with a copy of this Order, electronically via a Notice of Electronic Filing to the United States Attorney's Office, Western District of New York at USANYW-Immigration-Habeas@usdoj.gov.

SO ORDERED.

Dated: September 18, 2025
       Rochester, New York

HON. MEREDITH A. VACCA
UNITED STATES DISTRICT JUDGE

3