Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

J.M.A.

v.

Kurzdorfer et al

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: **1:25-cv-00886**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the case be dismissed.

Date: April 17, 2026

ANDREW W. MOELLER
CLERK OF COURT

By: s/Tatiana
Deputy Clerk